UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESHON EDWARDS,<br><br>        Plaintiff,<br><br>    v.<br><br>DARRELL JACKSON, et al.,<br><br>        Defendants. | Case No. 20-cv-02373-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 65 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 4, 2021

WILLIAM H. ORRICK
United States District Judge